1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT GRIFFIN,                              1:09-cv-01762-SMS (PC)

12           Plaintiff,                           ORDER TO SUBMIT APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
13           vs.                                  OR PAY FILING FEE WITHIN 45 DAYS

14   WASCO STATE PRISON,

15           Defendant.
                                         /
16

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19   However, the application form is one used by a different district court and does not contain the

20   requisite authorization for the deduction of the filing fee from plaintiff's trust account, should funds

21   exist.[1]

22        Accordingly, IT IS HEREBY ORDERED that:

23        Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the

24   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

25   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

26

27
_____
28        [1] Prisoners who are granted leave to proceed in forma pauperis are still required to pay the filing fee.  28 U.S.C. §
     1915(b)(1).  When funds exist, plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
     income credited to plaintiff's prison trust account.  Id.

                                              -1-

1   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

2   submit a certified copy of his prison trust statement for the six month period immediately preceding

3   the filing of the complaint.

4     **Failure to comply with this order will result in a recommendation that this action be**

5   **dismissed.**

6

7   IT IS SO ORDERED.

8   **Dated:**  **October 8, 2009**        **/s/ Sandra M. Snyder**
                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28